UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAO XIA LI,

                              Plaintiff,

             -v-

WELLS FARGO BANK, N.A. et al.,

                            Defendants.

22 Civ. 2282 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 25, 2022, plaintiff Chao Xia Li served defendant TD Bank N.A. ("TD Bank") with the complaint, making TD Bank's answer due April 15, 2022. Dkt. 11. On April 15, 2022, prospective counsel for defendant TD Bank filed a letter on the docket of this case stating that plaintiff had consented to a 30-day extension to respond and that counsel would be filing a notice of appearance forthwith. Dkt. 23.

Counsel for TD Bank has not appeared in this case, and TD Bank has not filed any answer. Accordingly, by May 23, 2022, counsel for TD Bank is to file a notice of appearance in this case and an answer. If no answer is filed, the Court will issue an order to show cause as to defendant TD Bank.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: May 16, 2022
          New York, New York